IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS LEE ANDERSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-43-bbc

v.

SHERIFF RON CRAMER, EAU CLAIRE
COUNTY SHERIFF'S OFFICE,

    Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice as legally frivolous and denying plaintiff's motion for emergency injunctive relief as moot.

| /s/ | 2/12/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |